IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT JOSEPH MORKE,

      Plaintiff,

                                 JUDGMENT IN A CIVIL CASE

v.

                                 Case No. 10-cv-94-bbc

ARCHER DANIELS MIDLAND CO.,
JOHN JONAS and MIRANDA
GERARD,

      Defendants.

---

    This action came for consideration before the court with DISTRICT JUDGE
BARBARA B. CRABB  presiding.  The issues have been considered and a decision has
been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case with prejudice for

plaintiff's failure to state a claim upon which relief may be granted.

 

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

6/11/10
Date